**FILED**
JN OCT - 3 2007
10-3-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

07cv5589
JUDGE MANNING
MAG. JUDGE DENLOW

| | | |
|---|---|---|
| GUADALUPE CISNEROS-MORA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | HABEAS CORPUS PETITION |
| | ) | (03 CR 670-1) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Honorable Blanche M. Manning, |
| Respondent. | ) | Presiding. |

## HABEAS PETITION

1. Place of Detention:   FCI SANDSTONE
   FEDERAL CORRECTIONAL INSTITUTION
   P.O. BOX 1000
   SANDSTONE, MN 55072

2. Name and location of court which sentence was imposed: Honorable Blanch Manning
   Northern District of Illinois

3. Date of Judgment and Conviction:   September 13, 2005

4. Case Number:   03 CR 670-1

5. Length of Sentence:   324 months

6. Nature of offense:   Drug conspiracy

7. Plea type:   Guilty

8. Trial type:   NA

9. Did Defendant testify at trial:   There was no trial.

10. Was there an appeal:   Yes

11. Appellate information:   In the 7th Circuit, under case No. 05-4179.
    A rule 53 order affirming was entered on
    October 10, 2006.

12. Previous collateral attacks:   No.

| | |
|---|---|
| 13. | NA |
| 14. Bases of attack: | Ineffective Assistance of Counsel and Unknowing Plea. See attached memorandum of law. |
| 15. Reason for not addressing on direct appeal: | Arguments are based on information outside the record. |
| 16. Any pending appeals or petitions: | No. |
| 17. Names and addresses of previous counsel: | Joseph Lopez & John Deleon<br>53 West Jackson<br>Suite 1102<br>Chicago, IL 60604 |
| At Preliminary Hearing: | Same. |
| At Arraignment and Plea: | Same. |
| At Trial: | N/A |
| At Sentencing: | Same |
| On Appeal: | Nishay K. Sanan<br>327 S. Plymouth Court<br>Suite 201<br>Chicago, IL 60604 |

18. Was there a sentence on more than one count of an indictment, or more than one indictment, in the same court at approximately the same time:    No.

19. Is there a future sentence to serve after the sentence that is under attack:    No.

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled.

Respectfully Submitted,

Nishay K. Sanan
Petitioner's Attorney

Nishay K. Sanan
327 S. Plymouth Ct.
Suite 201
Chicago, Illinois 60604
312-692-0360